**Opinion issued January 31, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01153-CR

———————————

## IN RE JAMES HARRIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

James Harris has filed a petition for writ of mandamus, contending that the trial court erred by denying his motion for "diligent participation credit" pursuant to article 42.12, section 15(h) of the Code of Criminal Procedure.[1] *See* TEX. CODE CRIM. PROC. ANN. art. 42.12, § 15(h) (West Supp. 2012). We deny relator's petition, and we dismiss all outstanding motions as moot.

---

[1] The underlying case is *State v. Harris*, No. 135795301010 in the 176th District Court of Harris County, Texas, the Honorable Shawna L. Reagin presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).